UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 08-61446-CIV-SEITZ/O'SULLIVAN

TANSHEA McCAIN,
     Plaintiff,

v.

MOTEL 6 OPERATING L.P., LTD.,
     Defendant.
_____/

## AMENDED ORDER
**(Time Change Only)**

THIS MATTER is before the Court pursuant to an order of reference entered by

the Honorable Patricia A. Seitz, United States District Judge, for a settlement

conference to be conducted by the undersigned. Having been advised by the

defendant's counsel that the parties have reached a settlement, it is

ORDERED AND ADJUDGED that the Settlement Conference set for December

10, 2008 before the undersigned is **CANCELLED**. It is further

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food

Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned

on **Monday, December 1, 2008**, at **1:30 p.m.,** at the C. Clyde Atkins United States

Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties**

**shall be prepared to discuss the terms of the settlement agreement.** Request for

continuance of this cause shall not be considered unless addressed to this Court in the

form of a written motion. **The parties are permitted to attend by phone.**

DONE AND ORDERED in Chambers at Miami, Florida, this **20th** day of

November, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Seitz
All counsel of record