UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO . 08-61446-CIV-SEITZ/O'SULLIVAN

TANSHEA McCAIN,
    Plaintiff,

v.

MOTEL 6 OPERATING L.P., LTD.,
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND RECOMMENDING THAT THIS CASE BE DISMISSED WITH PREJUDICE

THIS MATTER came before the Court on the parties' Unopposed Motion for Approval of Settlement, Motion to Dismiss Case with Prejudice and Supporting Memorandum of Law (DE# 12, 11/25/08) and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the Settlement Agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves a claim for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA").  In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions."  Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id.  The district court may approve the settlement in

order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged and defenses alleged in the pleadings. The Court has reviewed the terms of the Settlement Agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes.  Accordingly, it is

ORDERED AND ADJUDGED that the parties' Settlement Agreement (including attorney's fees and costs)  is hereby **APPROVED**. It is further

RECOMMENDED that the parties' Unopposed Motion for Approval of Settlement, Motion to Dismiss Case with Prejudice and Supporting Memorandum of Law (DE# 12, 11/25/08) be **GRANTED**.

DONE AND ORDERED in Chambers at Miami, Florida this **1st** day of December, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

United States District Judge Seitz
All counsel of record